FILED
CLERK, U.S. DISTRICT COURT

October 21, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMJ___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>        v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | Case No. CV16-5504 CAS (AJWx)<br><br>ORDER [UNDER SEAL]<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF [UNDER SEAL] |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LINDA DIBENEDETTO,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY VIEW DRUGS, INC.; DAVID MICHAEL JENSEN; PRO-MED MARKETING, LLC; JOHN PAL SINGH JANDA; WESTERN MEDICAL SOLUTIONS, INC.; GARY DEAN SCHOONOVER; SAMIA SOLUTIONS, LLC; MICHAEL STEVEN SINEL; MICHAEL DAVID ROUB; EDWARD'S HEALTHY LIVING PHARMACY, INC.; TROJAN MEDICAL BILLING, INC.; JOHN DOE 1-15, AND JANE DOE 1-15,<br><br>Defendants. | Case No. CV16-5504 CAS (AJWx)<br><br>ORDER RE UNSEALING<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST TO UNSEAL] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America has notified the Court of its decision not to intervene in this action. The United States having declined to intervene in the above-captioned action ("this action"), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relator shall serve it upon the defendants;

2. The Notice of Election by the United States and Stipulation Re Unsealing of Case, and this Order, are unsealed and the relator shall serve these documents upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3);

6. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: October 21, 2022

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

1

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On October 24, 2022, I caused the service of the [PROPOSED] ORDER RE UNSEALING on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: October 24, 2022. Place of e-mailing: Los Angeles, California. Person(s) and/or Entity(s) to whom e-mailed:

Mark Schlein, Esq.
Baum Hedlund
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
(850) 322-7941
mschlein@baumhedlund.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2022, at Los Angeles, California.

JOHN E. LEE

2