1  Mark Schlein, FL Bar No. 000700
   *Admitted Pro Hac Vice*
2  mschlein@wisnerbaum.com
   Crawford Appleby, Bar No. 292010
3  cappleby@wisnerbaum.com
   WISNER BAUM LLP
4  11111 Santa Monica Blvd., Suite 1750
   Los Angeles, California 90025
5  Telephone:  (310) 207-3233
   Facsimile:  (310) 820-7444
6  *Attorneys for Relator Linda DiBenedetto*

7

8                    **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

11  UNITED STATE OF AMERICA, *ex rel*., LINDA DIBENEDETTO,

12              Plaintiff,

13       vs.

14  VALLEY VIEW DRUGS, INC., et al.,

15              Defendant.

16

| | |
|---|---|
| CASE NO. 2:16-cv-05504-CAS MAAx | |
| Hon. Christina A. Snyder | |
| **NOTICE OF SETTLEMENT [L.R. 40-2]** | |
| Complaint served: | 4/23/2024 |
| Current response date: | 2/10/2026 |

17

18              **NOTICE OF SETTLEMENT**

19

20       Pursuant to L.R. 40-2, Relator Linda DiBenedetto informs the Court that this

21  case has settled.  A stipulation of dismissal under Fed.R.Civ.P. 41(a)(1)(a)(ii) will

22  be filed once the financial payments have been consummated.  Relator requests that

23  the Court please remove all current deadlines.

24

25

26  DATED:  February 4, 2026       By:  _____
                                              */s/*
27                                    W. Crawford Appleby IV
                                Attorneys for Relator Linda DiBenedetto

28