UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**               JS-6

Case No.   2:16cv05504 CAS (MAAx)                                    Date: February 4, 2026

Title   *U.S.A., ex rel. LINDA DIBENEDETTO v. VALLEY VIEW DRUGS, INC.; ET AL.*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
Not Present                                               Not Present

**Proceedings:** (IN CHAMBERS) – NOTICE OF SETTLEMENT [118] (Filed February 4, 2026).

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about February 4, 2026;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **30 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |