Mark Schlein, FL Bar No. 000700
*Admitted Pro Hac Vice*
mschlein@wisnerbaum.com
Crawford Appleby, Bar No. 292010
cappleby@wisnerbaum.com
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, California 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Relator Linda DiBenedetto*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, *ex rel*., LINDA DIBENEDETTO,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY VIEW DRUGS, INC., et al.,<br><br>Defendant. | CASE NO. 2:16-cv-05504-CAS MAAx)<br><br>Hon. Christina A. Snyder<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br>**[F.R.C.P. 41(a)(1)(a)(ii)]** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relator Linda DiBenedetto and Plaintiff the United States of America hereby stipulate that this action should be dismissed pursuant to the terms of the Settlement Agreement ("Settlement Agreement") between certain parties to this action. The dismissal shall therefore be with prejudice as to the United States' claims against Defendant David Jensen for the Covered Conduct as that term is defined in the Settlement Agreement.

Notwithstanding the entry of a dismissal herein, the United States District Court for the Central District of California (Christina A. Snyder) shall retain jurisdiction to resolve any claim by the Relator to enforce the payment terms of the Settlement Agreement, if necessary. The Parties agree that this Court shall be the

STIPULATION OF DISMISSAL

sole venue for any dispute arising thereunder.

DATED: March 4, 2026

/s/ Crawford Appleby
Mark Schlein
Crawford Appleby
Attorneys for Relator Linda DiBenedetto

DATED: March 4, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section

/s/ Cory L. Webster
CORY L. WEBSTER
Asssistant United States Attorney
Attorneys for the United States of America

### Filer's Attestation

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, W. Crawford Appleby, attest that concurrence in filing this document has been obtained from the other signatories.

/s/ W. Crawford Appleby IV
W. Crawford Appleby IV